IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 12-CR-30023-MJR-01 |
| | ) | |
| JOE D. LUJAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on motion to quash the arrest warrant issued against Donald R. Jones on January 20, 2012 (Doc. 39). The government has informed the Court that it does not object to the warrant being quashed.

**IT IS THEREFORE ORDERED** that the motion to quash the warrant issued on January 20, 2012, for the arrest of Donald R. Jones (Doc. 39) is **GRANTED**; the arrest warrant issued against Donald R. Jones is hereby **QUASHED**. The Clerk of Court for the Southern District of Illinois is **DIRECTED** to issue a summons.

**IT IS SO ORDERED.**

DATED: January 23, 2012

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**